UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY R. EDDINGS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>    v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>Defendants | No. 04-10764-NG |

## STIPULATION AND ORDER TO EXTEND
## TIME TO RESPOND TO COMPLAINT

Plaintiff and defendants, by their undersigned counsel, hereby stipulate and agree

that the time within which they may answer, move, or otherwise respond to the complaint

in this action is extended to and including 45 days after the later of:  (a) the Court's

selection of a lead plaintiff; or (b) the date on which a consolidated amended complaint,

if any, is served upon defendants, either pursuant to a Court order issued in connection

with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiff in this

action and the plaintiff(s) in any other action which is filed in this Court and which

asserts claims similar to those alleged in the above-captioned action.

Plaintiff and defendants respectfully request that the Court approve their

stipulation.

Respectfully Submitted,                          Respectfully Submitted,

LARRY R. EDDINGS,                                SUN LIFE FINANCIAL, INC.
                                                 MASSACHUSETTS FINANCIAL
                                                 SERVICES COMPANY (d/b/a/ "MFS
                                                 INVESTMENT MANAGEMENT"),


By his attorney,                                 By their attorneys,


/s/ Nancy F. Gans / JAS by permission___         /s/ Jonathan A. Shapiro            _
Nancy Freeman Gans (BBO #184540)                 Jeffrey B. Rudman (BBO #433380)
MOULTON & GANS, P.C.                             William H. Paine (BBO #550506)
33 Broad Street, Suite 1100                      Jonathan A. Shapiro (BBO #567838)
Boston, MA  02109-4216                           HALE AND DORR LLP
(617) 369-7979                                   60 State Street
                                                 Boston, MA  02109
                                                 (617) 526-6000

Jules Brody                                      JEFFREY L. SHAMES,
Aaron Brody
STULL, STULL & BRODY                             By his attorneys,
6 East 45th St.
New York, NY  10017
(212) 687-7230
                                                 /s/ James C. Rehnquist/ JAS by permission
                                                 James C. Rehnquist (BBO #552602)
                                                 Abigail K. Hemani (BBO #650721)
Joseph H. Weiss                                  GOODWIN PROCTER LLP
WEISS & YOURMAN                                  Exchange Place
551 Fifth Avenue                                 53 State Street
New York, NY  10176                              Boston, MA  02109
(212) 682-3025                                   (617) 570-1000

                                                 JOHN W. BALLEN,

                                                 By his attorneys,


                                                 /s/ John F. Falvey / JAS by permission___
                                                 John F. Falvey, Jr. (BBO #542674)
                                                 Dean J. Dipilato (BBO #651345)
                                                 TESTA, HURWITZ & THIBEAULT, LLP
                                                 125 High Street
                                                 Boston, MA 02110
                                                 617-248-7000

KEVIN J. PARKE,

By his attorneys,


/s/ George J. Skelly / JAS by permission
George J. Skelly (BBO #546797)
David M. Ryan (BBO #644037)
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110
(617) 345-1000

LAWRENCE H. COHN, WILLIAM R.
GUTOW, J. ATWOOD IVES, ABBY M.
O'NEILL, LAWRENCE T. PERERA,
WILLIAM J. POORVU, J. DALE
SHERRATT, ELAINE R. SMITH, WARD
SMITH, MFS CAPITAL
OPPORTUNITIES FUND, MFS CORE
GROWTH FUND, MFS EMERGING
GROWTH FUND, MFS GROWTH
OPPORTUNITIES FUND, MFS LARGE
CAP GROWTH FUND, MFS MANAGED
SECTORS FUND, MFS MID CAP
GROWTH FUND, MFS NEW
DISCOVERY FUND, MFS NEW
ENDEAVOR FUND, MFS RESEARCH
FUND, MFS STRATEGIC GROWTH
FUND, MFS TECHNOLOGY FUND,
MASSACHUSETTS INVESTORS
GROWTH STOCK, MFS MID CAP
VALUE FUND, MFS RESEARCH
GROWTH AND INCOME FUND, MFS
STRATEGIC VALUE FUND, MFS
TOTAL RETURN FUND, MFS UNION
STANDARD EQUITY FUND, MFS
UTILITIES FUND, MFS VALUE FUND,
MASSACHUSETTS INVESTORS
TRUST, MFS AGGRESSIVE GROWTH
ALLOCATION FUND, MFS
CONSERVATIVE ALLOCATION
FUND, MFS GROWTH ALLOCATION
FUND, MFS MODERATE
ALLOCATION FUND, MFS BOND

FUND, MFS EMERGING MARKETS DEBT FUND, MFS GOVERNMENT LIMITED MATURITY FUND, MFS GOVERNMENT MORTGAGE FUND, MFS GOVERNMENT SECURITIES FUND, MFS HIGH INCOME FUND, MFS HIGH YIELD OPPORTUNITIES FUND, MFS INTERMEDIATE INVESTMENT GRADE BOND FUND, MFS LIMITED MATURITY FUND, MFS RESEARCH BOND FUND, MFS STRATEGIC INCOME FUND, MFS ALABAMA MUNICIPAL FOND FUND, MFS ARKANSAS MUNICIPAL BOND FUND, MFS CALIFORNIA MUNICIPAL BOND FUND, MFS FLORIDA MUNICIPAL BOND FUND, MFS GEORGIA MUNICIPAL BOND FUND, MFS MARYLAND MUNICIPAL BOND FUND, MFS MASSACHUSETTS MUNICIPAL BOND FUND, MFS MISSISSIPPI MUNICIPAL BOND FUND, MFS MUNICIPAL BOND FUND, MFS MUNICIPAL LIMITED MATURITY FUND, MFS NEW YORK MUNICIPAL BOND FUND, MFS NORTH CAROLINA MUNICIPAL BOND FUND, MFS PENNSYLVANIA MUNICIPAL BOND FUND, MFS SOUTH CAROLINA MUNICIPAL BOND FUND, MFS TENNESSEE MUNICIPAL BOND FUND, MFS VIRGINIA MUNICIPAL BOND FUND, MFS WEST VIRGINIA MUNICIPAL BOND FUND, MFS EMERGING MARKETS EQUITY FUND, MFS GLOBAL EQUITY FUND, MFS GLOBAL GROWTH FUND, MFS GLOBAL TOTAL RETURN FUND, MFS INTERNATIONAL GROWTH FUND, MFS INTERNATIONAL NEW DISCOVERY FUND, MFS INTERNATIONAL VALUE FUND, MFS RESEARCH INTERNATIONAL FUND,

-4-

-5-

MFS CASH RESERVE FUND, MFS
GOVERNMENT MONEY MARKET
FUND, MFS MONEY MARKET FUND,

By their attorneys,

/s/ John D. Donovan / JAS by permission
John D. Donovan (BBO #130950)
Jane E. Willis (BBO #568024)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
May 11, 2004                       617-951-7000

SO ORDERED:

Dated:_____          _____
                                       Nancy Gertner
                                       United States District Judge

CERTIFICATE OF SERVICE

        I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within documents to be served by either electronic mail or overnight mail to:


| | |
|---|---|
| Nancy Freeman Gans<br>MOULTON & GANS, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA  02109-4216 | James C. Rehnquist<br>Abigail K. Hemani<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109 |
| Jules Brody<br>Aaron Brody<br>STULL, STULL & BRODY<br>6 East 45th St.<br>New York, NY  10017<br>(212) 687-7230 | John F. Falvey, Jr.<br>Dean J. Dipilato<br>TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street<br>Boston, MA 02110 |
| Joseph H. Weiss<br>WEISS & YOURMAN<br>551 Fifth Avenue<br>New York, NY  10176<br>(212) 682-3025 | George J. Skelly<br>David M. Ryan<br>NIXON PEABODY LLP<br>101 Federal Street<br>Boston, MA  02110 |


                        /s/ Jonathan A. Shapiro___
                        Jonathan A. Shapiro


Dated:  May 11, 2004