# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil No.   04cv10764

Title:   Eddings v. Sun Life Financial Inc.

## N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge  Gertner  has been reassigned to Judge  O'Toole  for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials GAO.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Jennifer Filo
Deputy Clerk

Date:  5/19/04

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                                    [ntccsasgn.]