# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
|                                                                      )
**LARRY R. EDDINGS, Individually and on**  )
 **Behalf of All Others Similarly Situated,**    )
                                                                        )
                             **Plaintiff,**  )
                                                                        )     **Civil Action**
     v.                                      )     **No. 04-cv-10764-GAO**
                                                                        )
**SUN LIFE FINANCIAL INC., et al.,**          )
                                                                        )
                           **Defendants.**  )
_____)

## NOTICE OF CHANGE OF FIRM NAME

      Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
60 State Street
Boston, MA   02109
(617) 526-6000

Attorneys for Defendants

Dated:  June 1, 2004

## CERTIFICATE OF SERVICE

I, Matthew A. Stowe, hereby certify that I caused a copy of this document to be served by either electronic mail or first-class mail to:

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109

James C. Rehnquist
Abigail K. Hemani
GOODWIN PROCTER, LLP
Exchange Place
53 State Street
Boston, MA 02109

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

John J. Falvey, Jr.
Dean J. Dipilato
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110

Joseph H. Weiss
WEISS & YOURMAN
551 Fifth Avenue
New York, NY 10176

George J. Skelly
David M. Ryan
NIXON PEABODY LLP
101 Federal Street
Boston, MA 02110

John D. Donovan, Jr.
Jane E. Willis
ROPES & GRAY
One International Place
Boston, MA 02110

/s/ Matthew A. Stowe_____
Matthew A. Stowe

Dated: June 1, 2004