UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LARRY R. EDDINGS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>      Defendants | No. 04-10764-GAO |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, defendants Sun Life Financial, Inc. and Massachusetts Financial Services Company ("MFS") state that over 10% of MFS's stock is owned by its parent corporation, Sun Life of Canada (U.S.) Financial Services Holdings, Inc. Sun Life of Canada (U.S.) Financial Services Holdings, Inc. is a wholly-owned indirect subsidiary of Sun Life Financial, Inc. The defendants further state that Sun Life Financial, Inc. does not have a parent corporation, and that no publicly held company owns 10% or more of its stock.

-2-

Respectfully Submitted,

SUN LIFE FINANCIAL, INC.
MASSACHUSETTS FINANCIAL
SERVICES COMPANY (d/b/a/ "MFS
INVESTMENT MANAGEMENT"),

By their attorneys,

/s/ Jonathan A. Shapiro              _
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
jonathan.shapiro@wilmerhale.com

Dated:  November 8, 2004

**CERTIFICATE OF SERVICE**

  I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within documents to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans<br>MOULTON & GANS, P.C.<br>33 Broad Street<br>Suite 1100<br>Boston, MA 02109-4216 | James C. Rehnquist<br>Abigail K. Hemani<br>GOODWIN PROCTER LLP<br>Exchange Place, 53 State Street<br>Boston, MA 02109 |
| John D. Donovan<br>Jane E. Willis<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110 | John F. Falvey, Jr.<br>Dean J. Dipilato<br>TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street<br>Boston, MA 02110 |
| Jules Brody<br>Aaron Brody<br>STULL, STULL & BRODY<br>6 East 45th St.<br>New York, NY 10017 | George J. Skelly<br>David M. Ryan<br>NIXON PEABODY LLP<br>101 Federal Street<br>Boston, MA 02110 |
| Joseph H. Weiss<br>Richard Acocelli<br>WEISS & YOURMAN<br>551 Fifth Avenue<br>New York, NY 10176 | Michelle H. Blauner<br>SHAPIRO HABER & URMY LLP<br>53 State Street<br>Boston, MA 02109 |
| Steven G. Schulman<br>Janine L. Pollack<br>Kim E. Levy<br>MILBERG WEISS BERSHAD & SCHULMAN LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | Alan Schulman<br>Robert S. Gans<br>Timothy A. DeLange<br>Jerald D. Bien-Wilner<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>12544 High Bluff Drive, Suite 150<br>San Diego, CA 92130 |
| Charles J. Piven<br>Marshall N. Perkins<br>LAW OFFICES OF CHARLES J. PIVEN, P.A.<br>The World Trade Center – Baltimore<br>401 East Pratt Street, Suite 2525<br>Baltimore, MD 21202 | Marc A. Topaz<br>Richard A. Maniskas<br>SCHIFFRIN & BARROWAY, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004 |

| | |
|---|---|
| David Pastor<br>GILMAN AND PASTOR LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 | Lynn Lincoln Sarko<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101 |
| Michael J. Brickman<br>RICHARDSON, PATRICK,<br>WESTBROOK & BRICKMAN, LLC<br>174 East Bay Street<br>Charleston, SC 29401 | Guy M. Burns<br>JOHNSON, POPE, BOKOR, RUPPEL &<br>BURNS, L.L.P.<br>100 North Tampa Street, Ste. 1800<br>Tampa, FL 33602 |

    /s/ Jonathan A. Shapiro\_\_\_
    Jonathan A. Shapiro

Dated: November 8, 2004